UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>LEAVE OF ABSENCE REQUEST )<br>)<br>)<br>LAMONT A. BELK ) Case Nos.<br>February 10-13, 2015 )<br>February 20, 2015 )<br>February 23, 2015 )<br>March 6, 2015 )<br>March 9, 2015 )<br>March 20, 2015 )<br>March 23, 2015 ) | CR114-065, USA v. Burley<br>CR114-078, USA v. Leake, et al<br>CR114-101, USA v. James<br>CR114-122, USA v. Battaglia, et al<br>CR115-002, USA v. Ivy |

## ORDER

Lamont A. Belk having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Lamont A. Belk** be granted leave of absence for the following periods: **February 10-13, 2015; February 20, 2015; February 23, 2015; March 6, 2015; and March 9, 2015, March 20, 2015; and March 23, 2015.**

This 16th day of January, 2015.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia