UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| LEAVE OF ABSENCE REQUEST | ) | | |
| | ) | | |
| INGA B. HICKS | ) Case Nos. | CR115-002, USA v. Ivy |
| March 13-20, 2015 | ) | CR115-019, USA v. Smith |
| | ) | | |

## ORDER

**Inga N. Hicks** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Inga N. Hicks** be granted leave of absence for the following periods: **March 13-20, 2015.**

This ___9th___ day of March, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia