IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-002 |
| | ) | |
| GREGORY D. IVY | ) | |

**O R D E R**

Counsel in the above-captioned case advised the Court that all pretrial motions filed by Defendant have been satisfied or otherwise resolved, and the government requests to withdraw its motion for reciprocal discovery. (See doc. no. 47.) The Court **GRANTS** the government's request and **DIRECTS** the **CLERK** to **TERMINATE** the government's motion for reciprocal discovery, (doc. no. 13). Accordingly, because all pretrial motions have been satisfied or otherwise resolved, a motions hearing in this case is not necessary, and all pending motions are **MOOT**, (doc. nos. 16-25).

SO ORDERED this 14th day of April, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA