IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA       *
                               *
     v.                        *    CR 115-002
                               *
GREGORY IVY                    *

## O R D E R

On July 30, 2015, this Court sentenced Defendant Gregory Ivy to serve 72 months imprisonment upon his plea of guilty to a charge of felon in possession of a firearm. The Court ordered that this term of imprisonment should run consecutive to the revoked state probation term that Defendant had been serving. (See Judgment and Commitment Order, Doc. 61, at 2.)

At present, Defendant has filed a motion seeking a reduction in sentence. Defendant asks this Court to convert his consecutive sentence into a concurrent one. This Court, however, does not have the authority to modify a sentence once it has been imposed with three exceptions, none of which apply here. See 18 U.S.C. § 3582(c)(2). The relief requested by Defendant - that is, the conversion of a consecutive sentence to a concurrent one - is a modification to his sentence. Accordingly, the Court is without authority to even consider Defendant's motion (doc. 63); the motion must be **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this \_\_\_\_28th\_\_\_\_ day of August, 2018.

/s/ J. Randal Hall
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA